# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ZENOBIA DIXON,**

      **Plaintiff,**

**v.**                                                   **Case No:   6:13-cv-1885-Orl-31TBS**

**WELTMAN, WEINBERG AND REIS CO., L.P.A. and DOES 1 THROUGH 10,**

      **Defendants.**

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss the Complaint ("Motion") (Doc. 10) filed by the Defendants on January 2, 2014. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. Twenty days have elapsed and the Plaintiff has failed to respond to the Motion; it will therefore be considered unopposed.

In consideration of the foregoing, it appearing that the Motion is meritorious and unopposed, it is hereby ORDERED that the Motion (Doc. 10) is GRANTED. The case is DISMISSED and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 23, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party